UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURT FILE NO:

| | | |
|---|---|---|
| **SUE KERN** | ) | |
|     **Plaintiff** | ) | |
|   **v.** | ) | **CASE NO.:  11-3194** |
| | ) | |
| **SUNRISE CREDIT SERVICES, INC** | ) | **JURY TRIAL DEMANDED** |
|     **Defendant** | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, SUE KERN, pursuant to Rule 41 (a) (I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY:   Mpf8441*/s/Michael P. Forbes*
        Michael P. Forbes, Esquire
        Attorney for Plaintiff
        Law Office of Michael P. Forbes, PC
        Attorney I.D. #55757
        200 Eagle Road
        Suite 220
        Wayne, PA  19087
        (610)293-9399